JS - 6/ENTER

FILED
DEC 21 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRIAND WILLIAMS,

    Petitioner,

v.

LEROY D. BACA, et al.,

    Respondent.

Case No. CV 10-10051-AHM (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 21, 2011

_____
A. Howard Matz
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY